UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JAMES HOWELL, ET AL., ) | | |
| ) | | |
| PLAINTIFFS ) | | |
| ) | | |
| V. ) | CIVIL NO. 2:16-CV-438 | |
| ) | | |
| ADVANTAGE PAYROLL SERVICES, ) | | |
| INC., ET AL., ) | | |
| ) | | |
| DEFENDANTS ) | | |
| PRECISION PAYROLL SERVICES, ) | | |
| LLC, ) | | |
| ) | | |
| PLAINTIFF ) | | |
| ) | CIVIL NO. 2:16-CV-439 | |
| V. ) | | |
| ) | | |
| ADVANTAGE PAYROLL SERVICES, ) | | |
| INC., ) | | |
| ) | | |
| DEFENDANT ) | | |

ORDER OF RECUSAL

I hereby disqualify myself from proceedings in these matters.

SO ORDERED.

DATED THIS 29TH DAY OF SEPTEMBER, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE